# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHRISTIAN HENRY

NO. 2021 KW 1245

**DECEMBER 20, 2021**

---

In Re:     Christian Henry, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 14-CR10-127191.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.** Relator's arguments in the motion to correct an illegal sentence do not relate to the legality of his sentences themselves under the applicable statutes; and, thus, the issues may not be raised in a motion to correct an illegal sentence. See **State v. Parker**, 98-0256 (La. 5/8/98), 711 So.2d 694, 695 (*per curiam*); **State v. Gedric**, 99-1213 (La. App. 1st Cir. 6/3/99), 741 So.2d 849, 851-52 (*per curiam*), writ denied, 99-1830 (La. 11/5/99), 751 So.2d 239.

                              PMc
                              JEW
                              MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT